932 A.2d 25

LACORTE AGENCY LLC, AS ASSIGNEE OF MIKE LACORTE AGENCY, PLAINTIFF v. C & L DEVELOPERS INC., AND SAL CATANIA, DEFENDANTS–THIRD PARTY PLAINTIFFS–MOVANTS v. WEICHERT REALTORS AND GI LI, DEFENDANTS.

September 7, 2007.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration on the merits.

932 A.2d 25

BRIAN SCOTT OWENS SR., ET AL., PLAINTIFFS v. GERALD FEIGIN, M.D., DEFENDANT–MOVANT, AND WILLIAM D. BOLLETINO, JR., ET AL., DEFENDANTS.

September 7, 2007.

ORDERED that the motion for leave to appeal is granted.

932 A.2d 25

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT v. ANGELA BAUM, DEFENDANT, AND JERMEL MOORE, DEFENDANT–MOVANT.

September 7, 2007.

ORDERED that the motion for leave to appeal is granted.